# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502 *et al.*, | ) ) ) | 20-CV-6926 |
| Plaintiffs, | ) ) | Judge John J. Tharp, Jr. |
| vs. | ) ) ) | Magistrate Judge Cox |
| RUANE CONSTRUCTION, INC., an Illinois Corporation, and MARK RUANE, an individual, | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATED ORDER OF DISMISSAL
### WITH THE COURT TO RETAIN JURISDICTION TO
### ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT

The Plaintiffs, the PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502, *et al.* (the "TRUST FUNDS"), and the Defendants, RUANE CONSTRUCTION, INC. ("RUANE CONSTRUCTION") and MARK RUANE ("RUANE"), by and through their respective undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in February 2021 under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. This above-captioned case is hereby dismissed without prejudice.
2. The Court shall retain jurisdiction over the Parties and hereby grants the Plaintiffs leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the Settlement Agreement entered into by and between the Parties in February 2021, but not

4. later than March 22, 2021. The Parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement.

4. Pursuant to the Settlement Agreement entered into by and between the Parties in February 2021, the Defendants are obligated to pay three (3) installments to the Plaintiffs for a period, with the final installment due on March 12, 2021 (unless waived under a timely payment incentive). Failure by the Defendants to comply with their payment obligation shall constitute a breach of the Settlement Agreement.

5. In the event a motion to reinstate to enforce settlement is not filed on or before March 22, 2021, the dismissal without prejudice will automatically convert to a dismissal with prejudice and with each party to bear its own fees and costs, and the Court shall relinquish jurisdiction.

_____
John J. Tharp, Jr.
United States District Judge

Date: February 5, 2021

Agreed and so stipulated:

| | |
|---|---|
| **PENSION FUND OF THE CEMENT MASONS' UNION LOCAL UNION NO. 502** *et al.* | **RUANE CONSTRUCTION, INC. and MARK RUANE** |
| /s/ Lucas J. Habeeb - 6329755 | /s/ Paul Brocksmith - 6180095 |
| *One of Plaintiffs' Attorneys* | One of Defendants' Attorneys |
| JOHNSON & KROL, LLC | BROCKSMITH & BROCKSMITH |
| 311 S. Wacker Drive, Suite 1050 | 40 Skokie Boulevard, Suite 400 |
| Chicago, IL 60606 | Northbrook, IL 60062 |
| (312) 757-5472 | (847) 559-1752 |
| Habeeb@johnsonkrol.com | paul@brocklaw.com |